FILED
May 06, 2008
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001203302

Douglas B. Jacobs, 084153
JACOBS, ANDERSON, POTTER & CHAPLIN
20 Independence Circle
Chico, CA 95973
Phone: 530-342-6144
Fax: 530-342-6310

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

In re:

GORDON MCMAHON,

Debtor.

Case No: 08-21936

DCN: DBJ-1

**MOTION FOR HEARING ON CONFIRMATION OF FIRST AMENDED PLAN**

DATE: June 10, 2008
TIME: 1:00 p.m.
CRTRM: 34
JUDGE: Bardwil

The Debtor proposes that the attached "First Amended Chapter 13 Plan" be approved as the Debtor's plan.

The originally filed plan has not been approved or confirmed.

A true and correct copy of the plan is filed herewith and made a part hereof.

Dated: 5/6/08

Jacobs, Anderson, Potter & Chaplin

By: _____
Douglas B. Jacobs, attorney for Debtor

MOTION FOR HEARING ON CONFIRMATION

-1-