FILED
May 06, 2008
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001203298

Douglas B. Jacobs, 084153
JACOBS, ANDERSON, POTTER & CHAPLIN
20 Independence Circle
Chico, CA 95973
Phone: 530-342-6144
Fax: 530-342-6310

Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

In re:

GORDON MCMAHON,

    Debtor.

Case No: 08-21936

DCN: DBJ-1

**EXHIBIT A IN SUPPORT OF DEBTORS DECLARATION**

Date: 06/10/2008
Time: 1:00 P.M.
Courtroom: 34
Judge: Bardwil

//
//
//
//
//
//
//

- 1 -
Exhibit A

| EXISTING LOAN INFORMATION | |
|---|---|
| Current UPB | $ 402,985.29 |
| | $ - |
| Current Interest | 9.5000% |
| ARM Interest | $31,735.08 |
| ANA1 - Required Amt. | $1,112.28 |
| Recoverable Advance | $390.85 |
| P195 - Escrow Balance | $ (11,157.60) |
| BK/FC Fees and Costs | |
| HUD / Other Fees | $0.00 |
| Late Charges | $412.70 |
| Total Debt | $ 447,793.80 |

| MODIFIED BALANCE / AMOUNT CAPPED | |
|---|---|
| Total Debt | $ 447,793.80 |
| Less: Contribution | $ - |
| Total Suspense Balance | $6,688.92 |
| Less: Suspense Balance | $ 6,688.92 |
| Less: Amount Forgiven | $ - |
| MODIFIED UPB | $ 441,104.88 |
| Amount Capitalized: | $ 38,119.59 |
| Original Note Amount | $413,600.00 |
| Amt. Capped Over Orig. Note | $ 27,504.88 |

| EXISTING LOAN TERMS | |
|---|---|
| Existing P & I | $ 3,439.22 |
| Escrow Pmt | $0.01 |
| A&H Pmt | $0.00 |
| Misc. | |
| Other | |
| Monthly Pmt | $ 3,439.23 |
| Due Date | 09/01/2007 |
| Int. Rate | 9.5000% |
| Note Date | 04/25/2005 |
| Maturity Date | 05/01/2035 |

| Last Four (4) Payments | |
|---|---|
| Date | Amount |
| 03/03/2008 | $3,344.46 |
| 01/23/2008 | $3,344.46 |
| 11/15/2007 | $2,620.00 |
| 10/16/2007 | $2,620.00 |

| PROPOSED MODIFICATION TERMS | |
|---|---|
| New P & I | $ 2,976.71 |
| | $ - |
| Tax Escrow | $556.16 |
| Haz Escrow | $ - |
| MIP | $ - |
| Other | $ - |
| Monthly Pmt. | $3,532.87 |
| New Due Date | 06/01/2008 |
| Interest Rate | 6.8000% |
| Post Mod - Surplus | $ 240.79 |

### NEGOTIATOR RECOMMENDATION / COMMENTS

Recommending that the ARM rate be adjusted to 6.8% for a period of 54 months starting 5/1/2008 and ending 11/1/2012. ARM rate will resume at the normal calculated rate on 11/1/2012 effecting the next $0.00 due back with docs. First pmt due 6/1/2008.

Exhibit "A"