Number of Pages: 02

FILED
January 26, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001626498

Douglas B. Jacobs, 084153
JACOBS, ANDERSON, POTTER & CHAPLIN
20 Independence Circle
Chico, CA 95973
Phone: 530-342-6144
Fax: 530-342-6310

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>GORDON MCMAHON,<br><br>Debtor. | Case No: 08-21936-D-13L<br><br>DCN: DBJ-6<br><br>**MOTION FOR HEARING ON CONFIRMATION OF THIRD AMENDED PLAN**<br><br>DATE: March 10, 2009<br>TIME: 1:00 p.m.<br>CRTRM: 34<br>JUDGE: Bardwil |

The Debtor proposes that the attached "Third Amended Chapter 13 Plan" be approved as the Debtor's plan.

The originally filed plan has not been approved or confirmed.

A true and correct copy of the plan is filed herewith and made a part hereof.

Dated: 1/26/09

Jacobs, Anderson, Potter & Chaplin

By: _____
Douglas B. Jacobs, attorney for Debtor

MOTION FOR HEARING ON CONFIRMATION

-1-