2008-21936
FILED
March 13, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001710677

Douglas B. Jacobs 084153
JACOBS, ANDERSON, POTTER AND CHAPLIN
20 Independence Circle
Chico, CA 95973
(530) 342-6144
(530) 342-6310 (Fax)

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re:

GORDON D. McMAHON,

    Debtor.

Case No: 08-21936-D-13L

ORDER CONFIRMING PLAN

The Chapter 13 Plan filed January 26, 2009, for the above-named Debtor has been transmitted to all Creditors, and it has been determined after notice and opportunity for a hearing that the Debtor's plan satisfies the requirements of *11 USC §1325*.

THEREFORE, IT IS ORDERED THAT:

1. The Debtor shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court and the Trustee of any change in the Debtor's address;

2. The Debtor shall immediately notify the Trustee in writing of any termination, reduction of, or any other change in the employment of the Debtor; and

RECEIVED
March 13, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001710677

2

3. The Debtor shall appear in court whenever notified to do so by the court. IT IS FURTHER ORDERED that the attorney's fees for the debtor's attorney in the full amount of $5,000.00 are approved, $2,177.00 of which was paid prior to the filing of the petition. The balance of $2,823.00, provided that the attorney and debtor have executed and filed a Rights and Responsibilities of Chapter 13 Debtors and Their Attorneys, shall be paid by the trustee from plan payments at the rate specified in the Guidelines for Payment of Attorneys' Fees in Chapter 13 Cases.

Approved as to form.

_____
L.J. Loheit,
Bankruptcy Trustee

Dated: March 13, 2009

_____
Robert S. Bardwil, Judge
United States Bankruptcy Court

ORDER CONFIRMING PLAN -